# ALABAMA COURT OF CRIMINAL APPEALS



August 30, 2024

**CR-2023-0039**
Kenny Lee Campbell v. State of Alabama (Appeal from Mobile Circuit Court:  CC-19-2457)

## <u>NOTICE</u>

      You are hereby notified that on August 30, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk